UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DERENZO CARSON,<br>         Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION<br>SERVICES, LLC,<br>         Defendant. | CIVIL ACTION FILE<br><br>NO.  1:24-cv-02800-TWT |

## J U D G M E N T

This action having come before the court, Honorable Thomas W. Thrash, Jr., United States District Judge, for consideration of the magistrate judge's report and recommendation, and the court having adopted the same, it is

**Ordered and Adjudged** that the action be **DISMISSED**.

Dated at Atlanta, Georgia this 31st day of March, 2025.

                                    KEVIN P. WEIMER
                                    CLERK OF COURT


                              By:   /s/Benjamin G. Thurman
                                    Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
March 31, 2025
Kevin P. Weimer
Clerk of Court


By:  /s/Benjamin G. Thurman
        Deputy Clerk